Ryan Ballard, ISBN 9017
Ballard Law, PLLC
P.O. Box 38
Rexburg, ID 83440
(208) 359-5532
ryanballardlaw@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JENNIE CLAYTON LILYA, ) | Case No.: 4:16-cv-113 |
| ) | |
| Plaintiff, ) | |
| v. ) | **ORDER TO DISMISS** |
| ) | **WITH PREJUDICE** |
| MIDLAND FUNDING, LLC, a Delaware limited ) | |
| liability company, JOHNSON MARK, LLC, a Utah ) | |
| limited liability company. ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Court has considered the parties' Stipulation to dismiss this case and, good cause appearing; IT IS HEREBY ORDERED that this action be DISMISSED, with prejudice, because the parties have fully settled the controversy between them. All claims against all Defendants are dismissed, with each party to bear their respective costs and fees.

Dated: 6/21/16

_____
HONORABLE WILLIAM E. SMITH

Order to Dismiss With Prejudice - Page 1 of 1